| 92 | 467 |
|----|-----|
| 96 | 284 |

## JAMES A. RANDALL v. THE EVENING NEWS ASSO-CIATION.

*Pleading—Demurrer—Duplicity.*

Whether an objection to a declaration for duplicity can be raised by general demurrer, *quaere*.

Error to Wayne.   (Hosmer, J.)   Argued June 24, 1892.
Decided July 1, 1892.

Case.    Plaintiff brings error . from order sustaining
demurrer.   Judgment vacated and case remanded by
stipulation, with leave to amend declaration, the pro-
ceedings thereafter to be under the rules.   The facts are
stated in the opinion.

*John Atkinson* and *Edwin F. Conely* (*John J. Speed,* of
counsel), for appellant.

*Dickinson, Thurber & Stevenson,* for defendant.

PER CURIAM.   This is an action of libel.   The declara-
tion sets out in a single count more than 200 articles
published by the defendant of and concerning the plaint-
iff, many of which are admittedly libelous *per se.*   The
defendant demurred to the declaration, assigning various
grounds, but did not assign duplicity as a special ground
of demurrer.

At the argument it was intimated by the Court that.
the, declaration was bad for duplicity, but no opinion
was given as to whether the question could be raised by
general demurrer.   The counsel realizing the complications
liable to arise should the case proceed to trial without
amendment, it was stipulated in open court that the
case might be remanded, and the present judgment
vacated, with leave to the plaintiff to amend his declara-
tion as he should be advised, proceedings thereafter to
be under the rules.

An order in accordance with this stipulation will be
entered, without costs to either party.